| COMMONWEALTH OF PENNSYLVANIA | | POLICE CRIMINAL COMPLAINT |
|---|---|---|
| COUNTY OF: WASHINGTON | | COMMONWEALTH OF PENNSYLVANIA VS. |
| Magisterial District Number: 27-1-02 | DEFENDANT: | (NAME and ADDRESS): |
| MDJ: Hon. MARK ALLEN WILSON | DARIAN | HELMANTOLER |
| Address: 604B PARK AVENUE MONONGAHELA PA 15063 | First Name / Middle Name / Last Name | Gen. |
| Telephone: 724-258-5106 | Telephone: Day: ___ Eve: ___ | |

**NCIC Extradition Code Type**

- ☐ 1-Felony Full
- ☐ 2-Felony Ltd
- ☐ 3-Felony Surrounding States
- ☐ 4-Felony No Ext.
- ☐ 5-Felony Pend.
- ☐ 6-Felony Pend. Extradition Determ.
- ☐ A-Misdemeanor Full
- ☐ B-Misdemeanor Limited
- ☐ C-Misdemeanor Surrounding States
- ☐ D-Misdemeanor No Extradition
- ☐ E-Misdemeanor Pending
- ☐ F-Misdemeanor Pen. Extra. Determ.
- ☐ Distance: ___

**DEFENDANT IDENTIFICATION INFORMATION**

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint Number | Incident Number | Request Lab Services? |
|---|---|---|---|---|---|
| CR-175-2023 | 9/13/2023 | R543649-1 | 2300046091 | 23-0004609 | ☐ YES ☑ NO |

| GENDER | DOB | POB | Add'l DOB | Co-Defendant(s) ☐ |
|---|---|---|---|---|
| ☐ Male ☑ Female | [redacted] | | | |

AKA — First Name / Middle Name / Last Name / Gen.

| RACE | ☑ White | ☐ Asian | ☐ Black | ☐ Native American | ☐ Unknown |
|---|---|---|---|---|---|
| ETHNICITY | ☐ Hispanic | | ☑ Non-Hispanic | ☐ Unknown | |

| HAIR COLOR | ☐ GRY (Gray) | ☐ RED (Red/Aubn.) | ☐ SDY (Sandy) | ☐ BLU (Blue) | ☐ PLE (Purple) | ☐ BRO (Brown) |
|---|---|---|---|---|---|---|
| | ☐ BLK (Black) | ☐ ONG (Orange) | ☐ WHI (White) | ☐ XXX (Unk./Bald) | ☐ GRN (Green) | ☐ PNK (Pink) |
| | ☑ BLN (Blonde / Strawberry) | | | | | |

| EYE COLOR | ☐ BLK (Black) | ☑ BLU (Blue) | ☐ BRO (Brown) | ☐ GRN (Green) | ☐ GRY (Gray) |
|---|---|---|---|---|---|
| | ☐ HAZ (Hazel) | ☐ MAR (Maroon) | ☐ PNK (Pink) | ☐ MUL (Multicolored) | ☐ XXX (Unknown) |

| DNA | ☐ YES ☑ NO | DNA Location | WEIGHT (lbs.) | |
|---|---|---|---|---|
| FBI Number | | MNU Number | | |
| Defendant Fingerprinted: | ☐ YES ☐ NO | | Ft. HEIGHT In. | |

**DEFENDANT VEHICLE INFORMATION**

| Plate # | State | Hazmat ☐ | Registration Sticker (MM/YY) | Comm'l Veh. Ind. ☐ | School Veh. ☐ | Oth. NCIC Veh. Code | Reg. same as Def. ☐ |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | Style | Color | |

Office of the attorney for the Commonwealth   ☐ Approved   ☐ Disapproved because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P. 507).

_____ (Name of the attorney for the Commonwealth)   _____ (Signature of the attorney for the Commonwealth)   _____ (Date)

---

I, PTL. BRADY N STALLINGS
(Name of the Affiant)
of Monongahela City Police
(Identify Department or Agency Represented and Political Subdivision)

305514/76
(PSP/MPOETC -Assigned Affiant ID Number & Badge #)

PA0630300
(Police Agency ORI Number)

do hereby state: (check appropriate box)

1. ☑ I accuse the above named defendant who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but who is described as

   ☐ I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe

   with violating the penal laws of the Commonwealth of Pennsylvania at [ 301 ]   MONONGAHELA
   (Subdivision Code)   (Place-Political Subdivision)

   201 CHESS STREET, APT B, MONONGAHELA PA 15063 Zone 1

   in WASHINGTON   County [ 63 ] on or about Tuesday, 09/12/2023 08:51 to 09/12/2023 13:00
   (County Code)   (Offense Date)

AOPC 412A – Rev. 12/21   Page 1 of 7

# POLICE CRIMINAL COMPLAINT

| Docket Number: CR 175-2023 | Date Filed: 9/12/2023 | OTN/LiveScan Number R543649-1 | Complaint Number 2300046091 | Incident Number 23-0004609 |
|---|---|---|---|---|
| Defendant Name | First: DARIAN | Middle: | Last: HELMANTOLER | |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa. C.S.§4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s), numbered 1 through 7.

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

Sept. 12th - 2023 [signature]
(Date) (Year) (Signature of Affiant)

AND NOW, on this date 9/12/2023 I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

27-1-02
(Magisterial District Court Number)

[signature]
(Issuing Authority)

[Seal: Commonwealth of Pennsylvania, County of Washington, Magisterial District Judge 27-1-02]

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint Number | Incident Number |
|---|---|---|---|---|
| CR 175-2023 | 9/12/2023 | R 943649-1 | 2300046091 | 23-0004609 |

| Defendant Name | First: | Middle: | Last: |
|---|---|---|---|
| | DARIAN | | HELMANTOLER |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 |
|---|---|---|---|---|

| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | 1 | 2501 | A | of the | Title 18 | 1 | F1 | | 01A |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
CRIMINAL HOMICIDE

Acts of the accused associated with this Offense:

PACC 2501(a) Criminal Homicide
IN THAT, on or about said date, Darian Helmantoler did intentionally, knowingly, recklessly, or negligently cause the death of A.D., another human being to wit causing serious bodily injury resulting in death of A.D.(08-30-2023), in violation of Section 2501(a) of the PA Crimes Code. (18 P.S. 2501(a))

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 |
|---|---|---|---|---|

| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 2 | 2702 | A1 | of the | Title 18 | 1 | F1 | | 04D |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
AGGRAVATED ASSAULT-GENERAL

Acts of the accused associated with this Offense:

PACC 2702(a)1 Aggravated Assault F1
IN THAT, on or about said date, the defendant, Darian Helmantoler did attempt to cause or did intentionally, knowingly or recklessly cause serious bodily injury to A.D. under circumstances manifesting extreme indifference to the value of human life, that is to say Darian Helmantoler did to wit cause serious bodily injury which resulted in the death of A.D.(08-30-2023)

# POLICE CRIMINAL COMPLAINT

| Docket Number: CR 175-2023 | Date Filed: 9/12/2023 | OTN/LiveScan Number R 543649-1 | Complaint Number 2300046091 | Incident Number 23-0004609 |
|---|---|---|---|---|
| Defendant Name | First: DARIAN | Middle: | Last: HELMANTOLER | |

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 |
|---|---|---|---|---|

| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 3 | 2702 | A9 | of the | Title 18 | 1 | F1 | | |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
AGGRAVATED ASSAULT

Acts of the accused associated with this Offense:

IN THAT, on or about said date, the defendant, Darian Helmantoler did attempt to cause or did intentionally, knowingly or recklessly cause serious bodily injury to A.D. a child less than 13 years of age, by a person 18 years of age or older to wit causing serious bodily injury resulting in death of A.D.(08-30-2023).

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 |
|---|---|---|---|---|

| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 4 | 4304 | A1 | of the | Title 18 | 1 | F1 | | 20 |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
ENDANGERING WELFARE OF CHILDREN

Acts of the accused associated with this Offense:

PACC 4304(A)(1) ENDANGERING WELFARE OF CHILDREN
IN THAT, on or about said date, being a parent, guardian, or other person supervising the welfare of A.D., a child under the age of 18 years of age, Darian Helmantoler did knowingly endanger the welfare of said child by violating a duty of care, protection or support, namely to wit causing serious bodily injury resulting in the death of A.D. (08-30-2023), in violation of Section 4304(a) of the PA Crimes Code. (18 P.S. 4304(a) -

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 |
|---|---|---|---|---|

| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 5 | 2702 | A8 | of the | Title 18 | 1 | F2 | | |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
AGGRAVATED ASSAULT

Acts of the accused associated with this Offense:

IN THAT, on or about said date, the defendant, Darian Helmantoler did attempt to cause or did intentionally, knowingly or recklessly cause serious bodily injury to A.D. a child less than 6 years of age, by a person 18 years of age or older to wit causing serious bodily injury resulting in death of A.D. (08-30-2023).

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint Number | Incident Number |
|---|---|---|---|---|
| CR 179-2023 | 9/12/2023 | R543649-1 | 2300046091 | 23-0004609 |

| Defendant Name | First: | Middle: | Last: |
|---|---|---|---|
| | DARIAN | | HELMANTOLER |

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 |
|---|---|---|---|---|

| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 6 | 2705 | | of the | Title 18 | 1 | M2 | | 04D |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
RECKLESSLY ENDANGER ANOTHER PERSON

Acts of the accused associated with this Offense:

PACC 2705 Recklessly endangering another person -M2
In that, on or about said date, the defendant, Darian Helmantoler did recklessly engage in conduct which placed or may have placed A.D. in danger of death or serious bodily injury by causing serious bodily injury resulting in death of A.D.(08-30-2023).



**POLICE CRIMINAL COMPLAINT**

| Docket Number: CR 175-2023 | Date Filed: 9/12/2023 | OTN/LiveScan Number R 543649-1 | Complaint Number 2300046091 | Incident Number 23-0004609 |
|---|---|---|---|---|
| Defendant Name | First: DARIAN | Middle: | Last: HELMANTOLER | |

## AFFIDAVIT of PROBABLE CAUSE

On the 12th of September, 2023, at approx. 08:51 hours, I Officer Stallings was dispatched to 201 Chess Street, Apartment B, for Washington County 911 Dispatch Center reporting that there is a 12 day old baby not breathing and the caller is not communicating with 911 dispatchers, while also refusing CPR.

I arrived on scene to observe the baby in the back of Tri Community Ambulance Service ambulance, where it was clear that EMT's were conducting CPR on the child. I opened the side door to the ambulance and asked the EMT's if they needed anything, to which I then looked at the child and observed blood on the child's face, where the EMT's then stated that they found this situation to be suspicious as there was blood on the child's face, as it appeared to be coming out from the nose area. The EMT's then went on to say that the mother, identified as Darian Helmantoler, went back inside the residence and left medics out with the baby. I entered the residence to find HELMANTOLER sitting on a bed on her cellphone, unknown as to who she was talking to. Upon observing HELMANTOLER, blood was located on her right chest. HELMANTOLER was now placed in handcuffs and informed that she was being detained and was read her Miranda Rights. HELMANTOLER stated that if her baby is dead, she wants to go to jail otherwise she will kill herself. HELMANTOLER went on to say that the baby was bleeding from his nose, and had a small cut on his forehead, which she claimed to of been from his sharp fingernails. HELMANTOLER was placed on the front porch of the residence where she explained that she is unsure as to if anyone entered the residence overnight, and wishes she had camera's to see what exactly happened. HELMANTOLER went on to say that she was sleeping with the child and fed the baby a bottle around 04:00 hours, then must've fallen back asleep. I asked HELMANTOLER if the child sleeps with her in bed all the time, to which HELMANTOLER stated that this is the second night that she allowed the baby to sleep in the bed with her. Two (2) Twisted Tea Alcoholic beverages were located on the front porch of the residence (201 Chess Street, APT B), however were on separate tables. HELMANTOLER was asked if anyone was with her as the drinks are on two (2) separate tables, to which HELMANTOLER stated that she was the only one living at the residence, and nobody else was at the residence. HELMANTOLER's mother arrived at the residence, where HELMANTOLER broke down and started to cry, then changed emotions rather quickly, asking for someone to get her vape. The mother of HELMANTOLER stated that an Elijah Davis lives with her. HELMANTOLER then stated once again that she would be going to jail if the baby is dead because it's her child. Lieutenant Lenzi entered the residence again to find a paper towel in the bathroom that

**I,** PTL. BRADY N STALLINGS **, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

**I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.**

Brady Stallings
(Signature of Affiant)

Sworn to me and subscribed before me this 12th day of SEPTEMBER, 2023.

_____________ Date [signature] , Magisterial District Judge

My commission expires first Monday of January, 2024

Commonwealth of Pennsylvania, County of Washington, Magisterial District Judge 27-1-02

POLICE CRIMINAL COMPLAINT
AFFIDAVIT CONTINUATION PAGE

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint Number | Incident Number |
|---|---|---|---|---|
| CR 175-2023 | 9/12/2023 | R543649-1 | 2300046091 | 23-0004609 |

| Defendant Name | First: | Middle: | Last: |
|---|---|---|---|
| | DARIAN | | HELMANTOLER |

## AFFIDAVIT of PROBABLE CAUSE CONTINUATION

appeared to be bloody.

At this point in time, PSP was contacted along with the Washington County District Attorney's Office to initiate a investigation. I was notified by Penn Highland Mon Valley Hospital that the child, A.D. [redacted], is now deceased. Due to this, HELMANTOLER was brought to Monongahela City Police Department for questioning by Washington County District Attorney's Office Detective Mysza, Hancock and Monongahela City Police Lieutenant Lenzi and HELMANTOLER indicated that she may have rolled onto the child and also indicated that there may have been a baby camera on the TV in the bedroom that may have been recording.

I then contacted Dr. Alex Sossong of Penn Highland Mon Valley Hospital and was informed that the Doctor observed blue/grayish coloring in the front of the neck and around the mouth of the child.

Based on the above probable cause, I ask that this arrest warrant be issued so that the defendant may be taken to answer for the charges I've set forth on them.

(Signature of Affiant)

*Please provide the following information for each co-defendant.*

# Co-Defendant Data Sheet

| Docket Number: CR 175-2023 | Date Filed: 9/12/2023 | OTN/LiveScan Number R 543649-7 | Complaint Number 2300046091 | Incident Number 23-0004609 |
|---|---|---|---|---|
| Defendant Name | First: DARIAN | Middle: | Last: HELMANTOLER | |