

**Forensic Pathology Associates**
DRIVEN BY HNL LAB MEDICINE

Forensic Pathology Associates
1255 S. Cedar Crest Boulevard, Suite 3800
Allentown, PA 18103
P: +1 610-402-8144  |  F: +1 610-402-5637

## CASE REVIEW

**Name:** D█████ A█████
**Case Review No.:** D-24-9

**Date:** May 10, 2024

**Requestor:**   Attorney Leslie L. Ridge
First Assistant District Attorney
Washington County District Attorney's Office
26 South Main Street
Washington, PA 15301

**Opinion:**
Based on available information, it is my opinion that A████ D████ a 2-week infant male, died of Unexplained Sudden Death (Extrinsic Factors Identified). A death is certified as Unexplained Sudden Death when after investigation and autopsy examination, a specific disease process or injury etiology leading to death cannot be definitively determined. Extrinsic factors identified are co-sleeping and in utero exposure to tobacco. Extrinsic factors are defined as conditions in the immediate environment that are a potential threat to life.

By report, the mother may have rolled on the infant. Depending on the position of the infant and the position of the mother, this may represent an asphyxial death due to overlay. The likelihood of overlay is increased if the adult is intoxicated with ethanol and/or drugs.

The etiology of the hemorrhage of the scalp is unknown. A component of blunt force injury cannot be completely excluded.

Non-specific congestion of the lungs is described in the autopsy report.

Radiographs and histology slides are not available for review.

**Materials Reviewed:**
- Autopsy report of Asher Davis (Case No: DAV23148 and including NMS Toxicology report dated 9/21/2023) signed by L. Rozin, MD, Forensic Pathologist and S. Timothy Warco, Washington County Coroner
- File containing 21 photographs taken during the autopsy examination
- Monogahela City Police Report (Case Number: 23-0004609; 11 pages total)
- Tri-Community Ambulance Service Report (Patient Record ID:8535264; 7 pages total)
- Monogahela Valley Hospital Records from 9/12/2023 (MR#M00348098; 21 pages total)
- AHN Jefferson Regional Hospital Medical Records (MRN:13200160; 280 pages total)
- Police Criminal Complaint (Docket Number CR 175-2023; 6 pages total)

**Synopsis of Materials Reviewed:**
According to available information, at approximately 0850 hours on 9/12/2023 Emergency Medical Services were contacted for a 12-day-old infant that was not breathing. When Emergency Medical Services arrived, the mother was holding the infant. "Discoloration to the face. Bleeding from the mouth and nose." were noted. The infant was apneic and pulseless and

*CM*

resuscitative efforts were initiated. The infant was transported to Monogahela Valley Hospital and all resuscitative efforts were unsuccessful. The infant was pronounced at 0917 hours on 9/12/2023. According to Monogahela City Police report, the mother of the infant stated that she fed the infant around 0400 hours that morning and "then must've fallen back asleep". The mother stated the infant was sleeping in the bed with her. The report further states "Helmantoler indicated that she may have rolled onto the child..."

On 9/12/2023 at 1600 hours, an autopsy was conducted at Washington Hospital at the request of S. Timothy Warco, Washington County Coroner, by L. Rozin, MD, Forensic Pathologist. According to the autopsy report, the body weighed 3550 grams and measured 52 centimeters in length. There was "blue-purple tint" to the skin of the face. Non-fixed livor is noted on the upper chest and posterior surface of the body. No petechiae of the face or eyes are noted. No external trauma to the body is noted. An intraosseous catheter is in the proximal left leg and there are needle puncture marks of the left hand. On internal examination, the lungs are noted to be congested. The stomach and bladder are empty. Reflection of the scalp notes "..dark red subcutaneous hemorrhage measuring 4 x 5 x 0.1cm. over the calvarium." No hemorrhage or injury to the brain or its coverings are noted. It is not noted whether the optic nerves were evaluated for hemorrhage. Microscopic examination is noted as "consistent with the gross findings and final pathological diagnoses". The histologic slides are not available for review. Radiographs are reportedly negative for skeletal trauma (not available for review). Blood is submitted for toxicology analyses. Chest cavity blood is presumptive positive for caffeine. No microbiology nor genetic testing are reportedly submitted. The cause of death was determined to be Sudden Infant Death Syndrome.

Review of photographs depicts an infant clad in a diaper with an endotracheal tube in the oral cavity and an intraosseous device in the proximal left leg. The head, neck, and chest are suffused with areas of pallor of the forehead and left side of the face. The right eye appears congested/hemorrhagic. There is focal lividity on the back. There is hemorrhage of the vertex of the scalp.

According to available hospital birth records, A███ D███ was born via spontaneous vaginal delivery at 38 weeks 1 day on ███████. In utero tobacco exposure, exposure to chlamydia and fetal bradycardia during labor are noted. At delivery, the infant weighed 3420 grams and measured 51.4 centimeters (both approximately 50th percentile). Initial APGAR scores at one and five minutes were 8 and 9, respectively. The infant and mother were discharged on 9/1/2023.

*Edward L. Mazuchowski, MD, PhD*
Edward L. Mazuchowski, MD, PhD
Chief, Forensic Pathology
Forensic Pathology Associates, HNL Lab Medicine