## **VERIFICATION**

      I, Darian Helmantoler, do hereby verify that the statements contained in the foregoing document are true and correct to the best of my knowledge, information, and belief. I understand that false statements made herein are subject to the penalties of perjury.

      /s/ Darian Helmantoler  
      Darian Helmantoler